Philip R. Weltin, Esq. SBN 46141
WELTIN LAW OFFICE, P.C.
1432 Martin Luther King Jr. Way
Oakland, California 94612
Telephone (510) 251-6060
Facsimile   (510) 251-6040

Attorneys for Plaintiff
CLYDE KIRKWOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE KIRKWOOD,<br><br>            Plaintiff,<br><br>      v.<br><br>REEDEREI F. LAEISZ GMBH ROSTOK et al<br>            Defendants | Case No.  C-06-4380 EDL<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Plaintiff moves for a determination of related cases. The cases are *Clyde Kirkwood v. Reederei F. Laeisz GMBH Rostok et al, Case No.  C-06-4380 EDL* and *Roselyn Kirkwood v. Reederei F. Laeisz GMBH Rostok et al, Case No.C-07-03857 EMC*. Both actions arise out of injuries to Clyde Kirkwood caused by an accident which occurred on February 7, 2005 aboard the vessel Pugwash Senator, owned and operated by defendants.  One action seeks to recover the damages sustained by Clyde Kirkwood.  The other action seeks recovery of loss of support and loss of consortium damages for his wife, Roselyn Kirkwood. The actions concern substantially the same parties and event, and it appears likely that there will be an unduly

burdensome duplication of labor and expense if the cases are conducted before different judges.

Dated: August 1, 2007            WELTIN LAW OFFICE

_____
Philip R. Weltin
Attorneys for Plaintiff

## PROOF OF SERVICE

I, Jill K. Park, certify that I am employed in the City of Oakland, County of Alameda, State of California; I am over the age of eighteen years and am not a party to the within action; my business address is 1432 Martin Luther King, Jr. Way, Oakland, California 94612. On August 2, 2007, I served the following document(s):

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE CONSOLIDATED**

on the parties to this action, through their attorneys of record listed below:

Frank Brucceleri, Esq.
KAYE, ROSE & PARTNERS, LLP
1801 Century Park East, Suite 1500
Los Angeles, CA 90067
Tel (310) 551-6555  Fax (310) 277-2120

X    By First Class Mail: I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the U.S. Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in Oakland, California, for mailing to the office of the addressee following ordinary business practices.

___   By Personal Service: I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

___   By Facsimile: I caused each such document to be transmitted, via facsimile machine, to the parties and numbers listed above, pursuant to Rule 2008. The machine reported no error. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record, a copy of which is attached to the original of this declaration.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed, August 2, 2007, in Oakland, California.

*/s/ Jill K. Park*
Jill K. Park

Proof of Service