In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date: December 19, 2007

Case No: **C- 06-04380 EDL    C-07-03857 EDL**

Case Name: **Clyde Kirkwood v Senator Lines,** related to
**Roselyn Kirkwood v Senator Lines**

    Attorneys:    Pltf:  Patrick Streb          Deft: Frank Brucculeri

    Deputy Clerk:  Lili M. Harrell          FTR digital recording: 9:34am - 9:47am

**PROCEEDINGS:**                                                           **RULING:**

1. Telephonic Status Conference                                            Held

2.

**ORDERED AFTER HEARING:**
 - Court **consolidates** C07-3857 EDL with **C06-4380 EDL**
 - Defendant shall file its answer no later than 12/26/07.
 - **Matter is referred for an emergency settlement conference to occur before 1/29/08.**

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**  for

**PRETRIAL SCHEDULE:**
Discovery cutoff: 1/18/08
Expert disclosure deadline: 1/11/08
Expert discovery cutoff: 1/18/08
Pretrial Conference: 2/12/08 at 2:00pm
Trial: 2/25/08 at 8:30 a.m., set for 5 days.
    [X] Jury  [ ]  Court

Notes:


cc: Venice