Philip R. Weltin, Esq. SBN 46141
WELTIN LAW OFFICE, P.C.
1432 Martin Luther King Jr. Way
Oakland, California 94612
Telephone (510) 251-6060
Facsimile   (510) 251-6040

Attorneys for Plaintiff
ROSELYN KIRKWOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSELYN KIRKWOOD,<br><br>              Plaintiff,<br><br>      v.<br><br>REEDEREI F. LAEISZ GMBH ROSTOK et al.,<br><br>              Defendants. | Case No.  C-07-03857 EDL<br><br>**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeal for the Ninth Circuit.

Dated: 12/19/07          Signature _____ for
                                                 Philip R. Weltin
                                                 Counsel for Plaintiff
                                                 Roselyn Kirkwood